IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| KEIWANA J. McKINNEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Civil No. 10-798-MJR-CJP |
| v. | ) | |
| | ) | |
| ORGANON USA, INC., | ) | |
| ORGANON INTERNATIONAL, INC., | ) | |
| and MERCK & CO., INC. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

I hereby **RECUSE** myself from all participation in the above-captioned case.

The Clerk of Court is hereby directed to immediately reassign this case to a different U.S. Magistrate Judge.

**IT IS SO ORDERED.**

**DATED: November 10, 2010.**

s/ Clifford J. Proud
CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE

This case is reassigned to Magistrate Judge Philip M. Frazier for full pretrial, no dispositive motions.